■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON FARNER, Appellant. [652 NYS2d 613] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered March 8, 1994, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that his constitutional right to a speedy trial was violated. It is well established that in balancing the merits of such a claim, the court should consider "(1)

the extent of the delay; (2) the reason for the delay; (3) the nature of the underlying charge; (4) whether or not there has been an extended period of pretrial incarceration; and (5) whether or not there is any indication that the defense has been impaired by reason of the delay" (*People v Taranovich*, 37 NY2d 442, 445). Applying these guidelines, we find that the defendant's right to a speedy trial was not violated (*see, People v Quiroz*, 192 AD2d 730; *People v Rosado*, 166 AD2d 544).

In addition, the defendant was not denied a fair trial by the prosecutor's delay in disclosing *Rosario* material. Although the trial proceedings had already commenced and the relevant witness had already testified, the defendant was not substantially prejudiced by the People's late disclosure (*see, People v Ranghelle*, 69 NY2d 56, 62). Defense counsel was able to recross-examine the witness while in receipt of the delayed *Rosario* material and brought out several inconsistencies in his testimony (*see, People v Robertson*, 192 AD2d 682; *People v Forrest*, 163 AD2d 213).

The defendant's remaining contentions are without merit. Rosenblatt, J. P., O'Brien, Thompson and Luciano, JJ., concur.